UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOSE E. ALVARADO,<br><br>  Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 TO 50,<br><br>  Defendants. | Case No. 1:17-CV-00744-LJO-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 9) |

On June 27, 2018, Plaintiff Jose E. Alvarado and Defendant Costco Wholesale Corporation filed a stipulation to dismiss the entire action with prejudice (ECF No. 9). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

  Dated: **June 28, 2018**          /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT AGAINST COSTCO WHOLESALE CORPORATION